

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00102-CV

SISTER INITIATIVE, LLC; DAVID BAGWELL; AND SUSAN BAGWELL, Appellants

§    On Appeal from the 96th District Court

V.

§    of Tarrant County (096-256351-11)

BROUGHTON MAINTENANCE ASSOCIATION, INC.; OLD GROVE MAINTENANCE ASSOCIATION, INC.; AND WHITTIER HEIGHTS MAINTENANCE ASSOCIATION, INC., Appellees

§    February 13, 2020

§    Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Sister Initiative, LLC, David Bagwell, and Susan Bagwell shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
Justice Dabney Bassel